

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2025

No. 04-25-00467-CV

**IN RE S.N.G., a Child**

Original Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Velia J. Meza, Justice

       Relator filed a petition for writ of mandamus that failed to comply with the Texas Rules of Appellate Procedure on July 18, 2025. Relator has not established that she is entitled to relief based on the petition and record filed. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

       It is so **ORDERED** on December 17, 2025.

_____
Velia J. Meza, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022PA01726, styled *In the Interest of S.N.G., a Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez-Hortick presiding.